AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

# Return

| Case No.: 8:22-MJ-00553 | Date and time warrant executed: 08/19/2022  11:05AM | Copy of warrant and inventory left with: USPS |
|---|---|---|

Inventory made in the presence of:
USPIS Joe Weidenkopf + TFO Gabe Gutierrez

Inventory of the property taken and name of any person(s) seized:

USPS # EI 038 942 131 US

$40,100-

packaging material

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/26/22

_Executing officer's signature_

Sumyra Duy / Postal Inspector
_Printed name and title_